IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-00078-FDW

| | |
|---|---|
| JERMAINE THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| FNU HOLLAR, Correctional | ) |
| Officer, Alexander Correctional | ) |
| Institution, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own motion.

Plaintiff is a prisoner of the State of North Carolina and was so at the time that he filed his § 1983 complaint. After an initial review of the complaint and the supporting documents, the Court noted that Plaintiff may not have exhausted his administrative remedies prior to filing his complaint as required by the Prisoner Litigation Reform Act ("PLRA"). See 42 U.S.C. § 1997e(a). Plaintiff was therefore ordered to file a copy of any written grievance that he submitted to prison officials that was related to the allegations in his complaint and all responses to the grievance from prison officials. However, to date Plaintiff has not complied with the Order nor has he moved for an extension of time in which to do so, and Plaintiff was warned that failure to comply with the Order would result in dismissal of his complaint and without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice**. (Doc. No. 1). The Clerk is directed to close this civil case.

Signed: October 7, 2015

Frank D. Whitney
Chief United States District Judge